UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FELAMEYUN SMITH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

CASE NO. 1:17-CV-00500

HON. JANET T. NEFF
U.S. District Court Judge

HON. ELLEN S. CARMODY
U.S. Magistrate Judge

## NOTICE OF SETTLEMENT AND STIPUALTION OF DISMISSAL

The parties reached an agreement to settle this case for a sum certain.  Plaintiff therefore dismisses her case with prejudice under Federal Rule of Civil Procedure 41(a)(ii).  Each party shall bear its own costs.

                ANDREW BYERLY BIRGE
                United States Attorney

Dated:  January 14, 2019         */s/ Jeanne F. Long*
                JEANNE F. LONG
                Assistant United States Attorney
                PO Box 208
                Grand Rapids, Michigan  49501-0208
                (616) 456-2404
                Jeanne.Long@usdoj.gov

Dated:  January 14, 2019         */s/ John LaParl*
                BRIAN J. MCKEEN
                JOHN LaPARL
                McKeen & Associates, P.C.
                Attorneys for Plaintiff
                645 Griswold St., Ste. 4200
                Detroit, MI 48226
                (313) 961-4400
                jlaparl@mckeenassociates.com