UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELAMEYUN SMITH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

Case No. 1:17-cv-500

HON. JANET T. NEFF

## ORDER OF DISMISSAL

Pending before the Court is the parties' Notice of Settlement and Stipulation of Dismissal (ECF No. 85). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal (ECF No. 85) is GRANTED. This matter is DISMISSED with prejudice. Each party shall bear her or its own costs.

Dated: January 15, 2019

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge